AO 458 (Rev. 5/85) Appearance

# United States District Court

**SOUTHERN DISTRICT OF NEW YORK**

*FILED JUN 11 2008 S.D. OF N.Y. W.P.*

**Robert Cobb,**

Petitioner,

-against-

Dale Artus, Superintendent,

Respondent.

**APPEARANCE**

**CASE NUMBER:**

08 Civ. 3955 (SCR)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Respondent**

June 9, 2008
*Date*

*Signature*

Joseph M. Latino (JL 5753)
*Print Name*
Office of the District Attorney
111 Dr. Martin Luther King Jr. Blvd
*Address*
White Plains          NY          10601
*City*              *State*       *Zip Code*
(914) 995-4457
*Phone Number*